**DEATH PENALTY**

MICHAEL LAURENCE, State Bar No. 121854
PATRICIA DANIELS, State Bar No. 162868
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile: (415) 348-3873
Email:   MLaurence@hcrc.ca.gov
         Docketing@hcrc.ca.gov

Attorneys Appearing Specially for Ernest Dewayne Jones

*lodged proposed orders*

FILED
2009 MAR 27 PM 3:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**CV09-02158 CJC**

| | |
|---|---|
| ERNEST DEWAYNE JONES, | Case No. _____ |
| Petitioner, | DEATH PENALTY CASE |
| v. | EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL; REQUEST FOR STAY OF EXECUTION AND STATUS CONFERENCE; NOTICE OF INTENTION TO FILE PETITION FOR WRIT OF HABEAS CORPUS; AND DECLARATIONS IN SUPPORT |
| ROBERT K. WONG, Acting Warden of California State Prison at San Quentin, | |
| Respondent. | |

Petitioner ERNEST DEWAYNE JONES, a prisoner of the State of California, hereby gives notice pursuant to United States Code, Title 18, section 3006A, and Local Rules of Practice of the United States District Court for the Central District of California, Rules 83-17.3(a) and (b), 83-17.4(a), and 83-17.6(a) and (c), that he intends to file a petition for writ of habeas corpus to seek relief from the judgment of the Superior Court of Los Angeles County, State of California, entered in Los Angeles County Superior Court Case No. BA 063825, finding him guilty of first degree murder and imposing a sentence of death upon him, and requests the appointment of counsel for that purpose.

1
EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL;
REQUEST FOR STAY OF EXECUTION AND STATUS CONFERENCE;
NOTICE OF INTENTION TO FILE PETITION FOR WRIT OF HABEAS CORPUS;
AND DECLARATIONS IN SUPPORT

Mr. Jones has not previously sought habeas relief arising out of this matter from this Court or any other federal court.

Mr. Jones's death sentence was affirmed by the California Supreme Court on April 30, 2003.[1] *People v. Jones*, 29 Cal.4th 1229, 131 Cal.Rptr.2d 468 (2003). The United States Supreme Court denied a petition for certiorari on October 14, 2003. *Jones v. California*, 540 U.S. 952 (2003). On March 11, 2009, the California Supreme Court denied Mr. Jones's timely filed Petition for Writ of Habeas Corpus and Second Petition for Writ of Habeas Corpus. Copies of those orders are attached to this Application. State habeas counsel is appearing specially on Mr. Jones's behalf for the purpose of filing this notice, applying for a stay of execution to permit the appointment of counsel and litigation of proceedings pursuant to 28 U.S.C. section 2254, and seeking appointment as counsel.

Mr. Jones requests that the Habeas Corpus Resource Center (HCRC), which has represented Mr. Jones before the California Supreme Court since October 2000 in state habeas corpus proceedings, be appointed to represent him. Mr. Jones further requests a status conference to establish a due date for the filing of a petition for relief pursuant to 28 U.S.C. section 2254, the Warden's Answer thereto and any Traverse that Mr. Jones may wish to file.

State habeas counsel believe that there are multiple meritorious claims of violations of Mr. Jones's federal constitutional rights that will be presented to this Court in a petition for writ of habeas corpus. Counsel will request a reasonable period within which to continue the investigation in anticipation of presenting all meritorious claims in a petition filed with the Court.

In light of the above, Mr. Jones requests that the Court:

(a)   Issue an immediate stay of execution to permit the appointment of counsel

---

[1]   The California Supreme Court issued its opinion on March 17, 2003. *People v. Jones*, 29 Cal. 4th 1229, 131 Cal. Rptr.2d 468 (2003). The opinion was modified but not changed as to judgment on April 30, 2003.

1. in federal habeas proceedings;

2. (b) Grant Mr. Jones's request for the appointment of the Habeas Corpus Resource Center to represent him in proceedings before this Court; and

3. (c) Schedule a status conference for the purpose of establishing a litigation schedule for the filing of the petition, answer, and traverse.

Dated: March 26, 2009

Respectfully submitted,

HABEAS CORPUS RESOURCE CENTER

By: *Michael Laurence*
MICHAEL LAURENCE
Attorneys for Ernest Dewayne Jones

# DECLARATION OF MICHAEL LAURENCE

I, MICHAEL LAURENCE, declare as follows:

1. I am an attorney at law admitted to practice by the State of California and before this Court and am the Executive Director of the Habeas Corpus Resource Center (HCRC). On October 20, 2000, the California Supreme Court appointed the HCRC to represent Ernest Jones in habeas corpus/executive clemency proceedings stemming from his convictions and judgment of death, in place of state appellate counsel who the court previously had appointed. I was lead counsel in the state habeas corpus proceedings.

2. The HCRC was created as a state entity in the California judicial branch of the state government, effective January 1, 1998, by Senate Bill 513 (Ch. 869, 1997 Stats.). The mandate of the HCRC includes providing timely, high quality legal representation for indigent petitioners in death penalty habeas corpus proceedings before the California Supreme Court and the federal courts. The California Supreme Court has appointed the HCRC to represent seventy-six death-row inmates in state proceedings. In addition, the agency currently represents or has represented ten California inmates in federal habeas corpus proceedings.

3. The HCRC is available to continue its representation of Mr. Jones in federal proceedings challenging his convictions and sentence of death. The HCRC has been appointed in this Court in five death penalty proceedings pursuant to 28 U.S.C. § 2254: *Ruiz v. Ayers*, CV 89-4126 FMC; *Cox v. Ayers*, 92-3370 CBM; *Fudge v. Woodford*, CV 95-5369-DDP; *Coffman v. Patrick*, CV 06-7304 ABC; and *Taylor v. Ayers*, 07-CV-6602-GW. I am counsel of record in the *Taylor* case. I was counsel of record in *Ruiz* (before Mr. Ruiz died in January 2007), and I was co-counsel in the *Cox* matter. I have represented numerous condemned prisoners in state and federal post-conviction proceedings and meet the qualifications for continued representation of Mr. Jones. Patricia Daniels, who is a staff attorney currently assigned to Mr. Jones's case,

4

has worked on Mr. Jones's case since the HCRC was appointed in October 2000, and is available to represent him in proceedings before this Court.

4. I believe that the HCRC's continued representation of Mr. Jones is in his best interests and the interest of justice. The record on appeal in Mr. Jones's case consists of thirty-two volumes of reporter's transcripts and twenty-eight volumes of clerk's transcripts. Additionally, there are thousands of pages of trial file and post-conviction discovery and investigation materials.

5. At the time of the HCRC's October 2000 appointment to represent Mr. Jones in state habeas proceedings, Mr. Jones was indigent. Mr. Jones remains indigent today.

6. I have prepared the Application for Appointment of Counsel and Request for Stay of Execution. The information contained therein is true and correct.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on March 26, 2009.

_____
MICHAEL LAURENCE

# DECLARATION OF ERNEST DEWAYNE JONES

I, ERNEST DEWAYNE JONES, declare as follows:

1.  I was convicted and sentenced to death in the Los Angeles County Superior Court, State of California on April 7, 1995. I am incarcerated at San Quentin State Prison in San Quentin, California.

2.  My death sentence was affirmed by the California Supreme Court on April 30, 2003. The United States Supreme Court denied a petition for certiorari on October 14, 2003. The California Supreme Court denied my Petition for Writ of Habeas Corpus on March 11, 2009.

3.  I intend to file a petition for writ of habeas corpus in this Court, alleging federal constitutional errors which entitle me to relief from the judgment of death. I need the assistance of counsel in preparing and litigating the petition.

4.  The Habeas Corpus Resource Center (HCRC) represented me in the most recent state court proceedings related to my death sentence and there are attorneys in that office who are completely familiar with my case. Ms. Patricia Daniels of the HCRC has informed me that her office is available to represent me in federal habeas corpus proceedings.

5.  I was indigent at the time of the HCRC's appointment to my case in state court, and I remain indigent. I would like the HCRC to continue to represent me.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above statements are true and correct and that this declaration was executed on March 18, 2009.

*Ernest Dewayne Jones*
ERNEST DEWAYNE JONES

SUPREME COURT
**FILED**

MAR 11 2009

Frederick K. Ohlrich Clerk

_____
Deputy

S110791

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re ERNEST DEWAYNE JONES on Habeas Corpus

---

The petition for writ of habeas corpus, filed December 3, 2003, is denied. All claims are denied on the merits.

To the extent they were raised and rejected on appeal, and except insofar as they allege ineffective assistance of counsel, paragraph 2 of Claim Q, and Claims B, C, M and U are barred by *In re Waltreus* (1965) 62 Cal.2d 218, 225.

To the extent they were not raised on appeal, and except insofar as they allege ineffective assistance of counsel, paragraph 1 of Claim G, paragraphs 3 and 4 of Claim H, Claim I (with the exception of paragraph 5, subdivision (c)), Claim Q (with the exception of paragraph 2), and all of Claims C, K, L, M, P, R, and U are barred by *In re Harris* (1993) 5 Cal.4th 813, 825 & fn. 3, 826-829, and *In re Dixon* (1953) 41 Cal.2d 756, 759.

Except to the extent they allege ineffective assistance of trial counsel, paragraphs 1 and 2 of Claim H, paragraph 5(c) of Claim I, and Claims N and Y are denied because petitioner failed to raise them in the trial court. (*In re Seaton* (2004) 34 Cal.4th 193.)

To the extent Claim K alleges insufficiency of the evidence, it is not cognizable on habeas corpus. (*In re Lindley* (1947) 29 Cal.2d 709, 723.)

Justice Werdegar would not hold that any of petitioner's claims are barred under *In re Seaton* (2004) 34 Cal.4th 193, 201.

**GEORGE**
Chief Justice

SUPREME COURT
**FILED**

MAR 1 6 2009

Frederick K. Ohlrich Clerk

S110791

_____
Deputy

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re ERNEST DEWAYNE JONES on Habeas Corpus

The order filed on March 11, 2009, is amended to read, in its entirety;
"The petition for writ of habeas corpus, filed October 21, 2002, is denied. All claims are denied on the merits.

To the extent they were raised and rejected on appeal, and except insofar as they allege ineffective assistance of counsel, paragraph 2 of Claim Q, and Claims B, C, M and U are barred by *In re Waltreus* (1965) 62 Cal.2d 218, 225.

To the extent they were not raised on appeal, and except insofar as they allege ineffective assistance of counsel, paragraph 1 of Claim G, paragraphs 3 and 4 of Claim H, Claim I (with the exception of paragraph 5, subdivision (c)), Claim Q (with the exception of paragraph 2), and all of Claims C, K, L, M, P, R, and U are barred by *In re Harris* (1993) 5 Cal.4th 813, 825 & fn. 3, 826-829, and *In re Dixon* (1953) 41 Cal.2d 756, 759.

Except to the extent they allege ineffective assistance of trial counsel, paragraphs 1 and 2 of Claim H, paragraph 5(c) of Claim I, and Claims N and Y are denied because petitioner failed to raise them in the trial court. (*In re Seaton* (2004) 34 Cal.4th 193.)

To the extent Claim K alleges insufficiency of the evidence, it is not cognizable on habeas corpus. (*In re Lindley* (1947) 29 Cal.2d 709, 723.)

Justice Werdegar would not hold that any of petitioner's claims are barred under *In re Seaton* (2004) 34 Cal.4th 193, 201."

**GEORGE**
_____
Chief Justice



SUPREME COURT
**FILED**

MAR 11 2009

Frederick K. Ohlrich Clerk

S159235

~~Deputy~~

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re ERNEST DEWAYNE JONES on Habeas Corpus

The petition for writ of habeas corpus, filed October 16, 2007, is denied.

GEORGE
Chief Justice

<u>PROOF OF SERVICE</u>

I, Cliona Plunkett, declare that I am a citizen of the United States, employed in the City and County of San Francisco. I am over the age of 18 years and not a party to this action or cause. My current business address is 303 Second Street, Ste. 400 South, San Francisco, California 94107.

On March 26, 2009, I served a true copy of the following documents:

**Ex Parte Application For Appointment Of Counsel; Request For Stay Of Execution And Status Conference; Notice Of Intention To File Petition For Writ Of Habeas Corpus; And Declarations In Support**

**Proposed Order Appointing Counsel and Scheduling Status Conference**

**Proposed Order Staying Execution**

on the following individual by placing true a copy thereof in a sealed envelope, with first class postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

Herbert S. Tefef
Deputy Attorney General
300 South Spring Street, #1700
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2009, in San Francisco, California.

*Cliona Plunkett* (signature)

Cliona Plunkett