FILED

2009 MAR 31  PM 12: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEWAYNE JONES,<br><br>Petitioner,<br><br>v.<br><br>ROBERT K. WONG,<br>Acting Warden of California<br>State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 09-2158 CJC<br><br>**DEATH PENALTY CASE**<br><br>ORDER AMENDING ORDER<br>STAYING EXECUTION |

Pursuant to 28 U.S.C. § 2251(a)(3), the Order Staying Execution filed on March 27, 2009, is hereby amended to read as follows:

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until ninety days after the date this Court appoints counsel to represent petitioner.

The Clerk of the Court shall immediately give telephonic notice to respondent, Robert K. Wong, Acting Warden of California State Prison at San Quentin, that petitioner's execution is stayed by order of this Court. The Clerk of the Court shall also serve a copy of this order on: petitioner Ernest Dewayne

Jones; respondent Robert K. Wong, Acting Warden of California State Prison at San Quentin; the Clerk of the Los Angeles County Superior Court; Steve Cooley, District Attorney of Los Angeles County; Sean Kennedy, Federal Public Defender for the Central District of California; Michael Laurence, Habeas Corpus Resource Center; and Herbert S. Telef, Deputy Attorney General of the State of California.

IT IS SO ORDERED.

Dated: March 31, 2009

CORMAC J. CARNEY
United States District Judge