# Appendix A: Death Sentences in California, 1978 – 1997[1]

*Between 1978 and 1997, 591 new death judgments were imposed by the State of California.  This chart describes the current case status of the 511 individuals sentenced in that time period whose death sentences have not been overturned by the California Supreme Court (unless subsequently reinstated) and whose post-conviction proceedings have not been stayed based on their lack of mental competency to face the death penalty.[2]  Of these 511 individuals, 13 were executed by the State (Red), 17 had relief denied by the federal courts but have had their executions stayed (Pink), 39 were granted relief from their death sentences by the federal courts and have not been resentenced to death[3] (Blue), 79 died on Death Row from causes other than execution by the State of California (Orange), 169 are currently having their habeas petitions evaluated by federal district courts (Green) or the Ninth Circuit Court of Appeals (Purple), and 194 are still having their appeals reviewed by the California Supreme Court, either on direct or collateral review (Yellow).  The chart is current to June 2014.[4]*

| Name | Date Sentenced[5] | Federal Case Number | Federal Judicial District | Date Federal Habeas Proceedings Initiated[6] | Current Case Status | Years Since Sentenced |
|---|---|---|---|---|---|---|
| Lavell Frierson | 8/14/1978 | 92-06251 DDP | Central | 10/19/1992 | Relief Granted (2007) | -- |
| Doug Stankewitz | 10/12/1978 | 91-00616 AWI | Eastern | 11/15/1991 | Relief Granted (2012) | -- |
| Ronald Bell | 3/2/1979 | 99-20615 RMW | Northern | 4/12/1991 | CD Cal Petition Pending | 35 |
| Robert Harris | 3/9/1979 | 90-00380 E | Southern | 3/26/1990 | Executed (1992) | -- |
| Earl Jackson | 3/19/1979 | 95-03286 ER | Central | 5/17/1995 | Relief Granted (2008) / Resentenced to Death (2010) / State Proceedings Pending | 35 |
| Keith Williams | 4/13/1979 | 89-00160 REC | Eastern | 2/22/1989 | Executed (1996) | -- |
| David Murtishaw | 4/27/1979 | 91-00508 OWW | Eastern | 9/10/1991 | Relief Granted (2001) / Resentenced to Death / Deceased (2011) | -- |
| Robert Massie | 5/25/1979 | 99-02861 CAL | Northern | 6/14/1999 | Executed (2001) | -- |
| Richard Chase | 6/8/1979 | | | | Deceased (1980) | -- |
| Stevie Fields | 8/29/1979 | 92-00465 AHM | Central | 1/23/1992 | Relief Denied (2007) / Execution Stayed | 35 |
| David Ghent | 10/30/1979 | 90-02763 RMW | Northern | 9/26/1990 | Relief Granted (2002) | -- |
| Richard Montiel | 11/20/1979 | 96-05412 LJO | Eastern | 4/22/1996 | ED Cal Petition Pending | 35 |
| James Anderson | 11/30/1979 | 03-07948 JLS | Central | 11/4/2003 | CD Cal Petition Pending | 35 |
| Steven Ainsworth | 1/30/1980 | 90-00329 LKK | Eastern | 3/16/1990 | Relief Granted (2001) | -- |
| Richard Phillips | 2/20/1980 | 92-05167 AWI | Eastern | 3/4/1992 | Relief Granted (2012) | -- |
| Alejandro Ruiz | 2/21/1980 | 89-04126 FMC | Central | 7/11/1989 | Deceased (2007) | -- |
| Fermin Ledesma | 3/14/1980 | 07-02130 PJH | Northern | 4/17/2007 | State Proceedings Pending | 34 |

| Name | Date | Case No. | District | Filed | Status | Age |
|---|---|---|---|---|---|---|
| David Moore | 4/30/1980 | | | | Deceased (1980) | -- |
| Melvin Turner | 8/20/1980 | 96-02844 DOC | Central | 4/22/1996 | State Proceedings Pending | 34 |
| Marvin Walker | 9/8/1980 | 94-01997 PJH | Northern | 6/7/1994 | ND Cal Petition Pending | 34 |
| Donald Griffin | 12/3/1980 | | | | State Proceedings Pending | 34 |
| Darrell Rich | 1/23/1981 | 89-00823 EJG | Eastern | 6/12/1989 | Executed (2000) | -- |
| Jerry Bunyard | 2/2/1981 | | | | State Proceedings Pending | 33 |
| Bernard Hamilton | 3/2/1981 | 92-00474 B | Southern | 3/31/1992 | Relief Granted (1994) / Resentenced to Death (1996) / State Proceedings Pending | 33 |
| Lawrence Bittaker | 3/22/1981 | 91-01643 TJH | Central | 3/27/1991 | CD Cal Petition Pending | 33 |
| Harvey Heishman | 3/30/1981 | 90-01815 VRW | Northern | 6/26/1990 | Relief Denied (2010) / Execution Stayed | 33 |
| Eric Kimble | 4/6/1981 | 90-04826 SVW | Central | 9/7/1990 | CD Cal Petition Pending | 33 |
| Stanley Williams | 4/15/1981 | 89-00327 SVW | Central | 1/18/1989 | Executed (2006) | -- |
| Robert McLain | 5/12/1981 | 89-03061 JGD | Central | 5/18/1989 | Relief Granted (1998) | -- |
| Joe Johnson | 5/28/1981 | | | | State Proceedings Pending | 33 |
| Anthony Bean | 7/20/1981 | 90-00648 WBS | Eastern | 5/18/1990 | Relief Granted (1998) | -- |
| Stephen Anderson | 7/24/1981 | 92-00488 JGD | Central | 1/24/1992 | Executed (2002) | -- |
| Oscar Gates | 8/7/1981 | 88-02779 WHA | Northern | 7/14/1988 | ND Cal Petition Pending | 33 |
| Michael Burgener | 9/4/1981 | 10-03399 GHK | Central | 5/6/2010 | State Proceedings Pending | 33 |
| Ronald Hawkins | 9/20/1981 | | | | Deceased (1983) | -- |
| Billy Ray Hamilton | 10/16/1981 | 89-03758 THE | Northern | 10/4/1989 | Deceased (2007) | -- |
| John Davenport | 11/4/1981 | 96-06883 DSF | Central | 9/30/1996 | State Proceedings Pending | 33 |
| Russell Coleman | 11/20/1981 | 89-01906 RMW | Northern | 6/2/1989 | Relief Granted (2000) | -- |
| Edgar Hendricks | 12/4/1981 | 89-02901 EFL | Northern | 8/7/1989 | Relief Granted (1995) | -- |
| Gary Guzman | 12/22/1981 | | | | Deceased (1991) | -- |
| Fernando Caro | 1/5/1982 | 93-04159 JW | Northern | 11/23/1993 | Relief Granted (2002) | -- |
| Bluford Hayes Jr. | 1/22/1982 | 92-00603 DFL | Eastern | 4/14/1992 | Relief Granted (2005) | -- |
| Phillip Lucero | 1/26/1982 | 01-02823 VAP | Central | 3/27/2001 | CD Cal Petition Pending | 32 |
| Richard Hovey | 2/10/1982 | 89-01430 MHP | Northern | 4/26/1989 | Relief Granted (2006) | -- |
| Carlos Avena | 2/12/1982 | 96-08034 GHK | Central | 11/15/1996 | Circuit Appeal Pending | 32 |
| Albert Brown | 2/22/1982 | 94-08150 ABC | Central | 12/5/1994 | Relief Denied (2008) / Execution Stayed | 32 |
| Willie Branner | 2/26/1982 | 90-03219 DLJ | Northern | 11/9/1990 | ND Cal Petition Pending | 32 |
| Rondald Sanders | 3/3/1982 | 92-05471 LJO | Eastern | 7/13/1992 | ED Cal Petition Pending | 32 |
| William Payton | 3/5/1982 | 94-04779 R | Central | 7/18/1994 | Relief Denied (2011) / Execution Stayed | 32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| William Bonin | 3/12/1982 | 91-00693 ER | Central | 2/7/1991 | Executed (1996) | -- |
| Benjamin Silva | 3/15/1982 | 90-03311 DT | Central | 6/26/1990 | Relief Granted (2005) | -- |
| Darnell Lucky | 4/7/1982 | 91-00583 TJH | Central | 2/1/1991 | CD Cal Petition Pending | 32 |
| Richard Boyde | 4/20/1982 | 91-02522 GPS | Central | 5/9/1991 | Relief Granted (2008) | -- |
| Melvin Wade | 5/21/1982 | 89-00173 R | Central | | Relief Granted (1994) | -- |
| George Carpenter | 5/21/1982 | | | | Deceased (1984) | -- |
| Gary Howard | 5/27/1982 | 88-07240 WJR | Central | 12/8/1988 | Relief Granted (1996) | -- |
| Richard Grant | 5/28/1982 | 90-00779 JAM | Eastern | 6/18/1990 | Relief Granted (2010) | -- |
| John Brown | 6/15/1982 | 90-02815 AHS | Central | 6/1/1990 | CD Cal Petition Pending | 32 |
| Manuel Babbitt | 7/8/1982 | 89-01407 WBS | Eastern | 8/1/1989 | Executed (1999) | -- |
| Mose Willis | 7/26/1982 | | | | Deceased (1988) | -- |
| Prentice Snow | 8/31/1982 | | | | State Proceedings Pending | 32 |
| Adam Miranda | 9/17/1982 | 89-07130 JLS | Central | 12/11/1989 | State Proceedings Pending | 32 |
| James Karis | 9/17/1982 | 89-00527 LKK | Eastern | 4/13/1989 | Relief Granted (1998) / Resentenced to Death / Deceased (2013) | -- |
| Brett Pensinger | 9/20/1982 | 92-01928 DSF | Central | 3/30/1992 | Circuit Appeal Pending | 32 |
| Fernando Belmontes | 10/6/1982 | 89-00736 JAM | Eastern | 5/25/1989 | Relief Denied (2010) / Execution Stayed | 32 |
| Bronte Wright | 10/29/1982 | 92-06918 AHM | Central | 11/20/1992 | Deceased (2000) | -- |
| Ronald Deere | 11/10/1982 | 92-01684 CAS | Central | 3/18/1992 | Circuit Appeal Pending (Relief Denied / Certiorari Pending) | 32 |
| Joseph Poggi | 11/12/1982 | | | | Deceased (1990) | -- |
| Clarence Allen | 11/22/1982 | 88-01123 FCD | Eastern | 8/31/1988 | Executed (2006) | -- |
| Ricardo Sanders | 12/3/1982 | 96-07429 JFW | Central | 10/22/1996 | Circuit Appeal Pending | 32 |
| Craig Ross | 12/10/1982 | 96-02720 SVW | Central | 4/16/1996 | CD Cal Petition Pending | 32 |
| Steven Champion | 12/10/1982 | 96-02845 SVW | Central | 4/22/1996 | State Proceedings Pending | 32 |
| Michael Hamilton | 12/17/1982 | 90-00363 OWW | Eastern | 6/12/1990 | Relief Granted (2009) | -- |
| Maurice Keenan | 1/21/1983 | 89-02167 DLJ | Northern | 6/22/1989 | Relief Granted (2001) | -- |
| Ronald Fuller | 2/3/1983 | | | | Deceased (1989) | -- |
| Douglas Clark | 3/16/1983 | 92-06567 PA | Central | 11/3/1992 | CD Cal Petition Pending | 31 |
| James Melton | 3/18/1983 | 89-04182 RMT | Central | 7/13/1989 | Relief Granted (2007) | -- |
| Michael Williams | 4/1/1983 | 90-01212 R | Southern | 8/31/1990 | Relief Granted (1993) | -- |
| Jaturun Siripongs | 4/22/1983 | 89-06530 WDK | Central | 11/9/1989 | Executed (1999) | -- |
| Malcolm Robbins | 5/12/1983 | 91-04748 TJH | Central | 9/4/1991 | CD Cal Petition Pending | 31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Larry Roberts | 5/27/1983 | 93-00254 TLN | Eastern | 2/18/1993 | ED Cal Petition Pending | 31 |
| Larry Webster | 6/9/1983 | 93-00306 LKK | Eastern | 2/25/1993 | ED Cal Petition Pending | 31 |
| Michael Morales | 6/14/1983 | 91-00682 DT | Central | 2/6/1991 | Relief Denied (2005) / Execution Stayed | 31 |
| Kevin Malone | 6/14/1983 | 96-04040 WJR | Central | 6/7/1996 | Executed by Missouri (1999) | -- |
| Gerald Gallego | 6/21/1983 | 92-00653 SBA | Northern | 2/4/1992 | Deceased (2002) | -- |
| William Proctor | 6/28/1983 | 96-01401 JAM | Eastern | 7/31/1996 | ED Cal Petition Pending | 31 |
| George Marshall | 6/28/1983 | 97-05493 AWI | Eastern | 5/12/1997 | Deceased (2001) | -- |
| Martin Gonzalez | 7/8/1983 | | | | Deceased (1990) | -- |
| Keith Adcox | 7/11/1983 | 92-05830 LJO | Eastern | 12/1/1992 | State Proceedings Pending | 31 |
| Francis Hernandez | 7/12/1983 | 90-04638 RSWL | Central | 8/28/1990 | Circuit Appeal Pending | 31 |
| Albert Howard | 8/3/1983 | 93-05726 LJO | Eastern | 10/25/1993 | Deceased (2009) | -- |
| James Odle | 8/12/1983 | 88-04280 MMC | Northern | 10/25/1988 | Relief Granted (2001) | -- |
| Douglas Mickey | 9/23/1983 | 93-00243 RMW | Northern | 1/22/1993 | Relief Denied (2010) / Execution Stayed | 31 |
| Alfred Dyer | 9/26/1983 | 93-02823 VRW | Northern | 7/29/1993 | Relief Granted (1998) | -- |
| Demetrie Mayfield | 9/30/1983 | 94-06011 ER | Central | 9/2/1994 | Relief Granted (2001) | -- |
| Constantino Carrera | 10/7/1983 | 90-00478 AWI | Eastern | 7/31/1990 | Relief Granted (2008) | -- |
| John Visciotti | 10/21/1983 | 97-04591 R | Central | 6/23/1997 | Circuit Appeal Pending | 31 |
| Donald Miller | 11/10/1983 | 91-02652 NM | Central | 5/16/1991 | Deceased (2005) | -- |
| Robert Thompson | 12/6/1983 | 90-06605 CBM | Central | 12/5/1990 | Deceased (2006) | -- |
| David Mason | 1/27/1984 | | Eastern | | Executed (1993) | -- |
| Jackson Daniels | 1/31/1984 | 92-04683 JSL | Central | 8/5/1992 | Relief Granted (2006) / Resentenced to Death (2010) / State Proceedings Pending | 30 |
| Mark Reilly | 2/1/1984 | 93-07055 JAK | Central | 11/22/1993 | CD Cal Petition Pending | 30 |
| Andrew Robertson | 2/3/1984 | 90-04850 CBM | Central | 9/10/1990 | Deceased (1998) | -- |
| Gerald Stanley | 2/7/1984 | 95-01500 JAM | Eastern | 8/17/1995 | ED Cal Petition Pending | 30 |
| Donald Beardslee | 3/13/1984 | 92-03990 SBA | Northern | 10/1/1992 | Executed (2005) | -- |
| Michael Jennings | 3/27/1984 | 89-01360 JW | Northern | 3/19/1989 | Relief Granted (2003) | -- |
| Michael Hunter | 3/28/1984 | 90-03275 JW | Northern | 11/13/1990 | Relief Granted (2001) | -- |
| Charles Moore | 5/16/1984 | 91-05976 KN | Central | 11/1/1991 | Relief Granted (1997) / Resentenced to Death (1998) / State Proceedings Pending | 30 |
| Michael Jackson | 5/21/1984 | 91-04249 R | Central | 8/8/1991 | Relief Granted (2001) / Resentenced to Death (2002) / State Proceedings Pending | 30 |

4

| Name | Date | Case No. | District | Filed | Status | Years |
|---|---|---|---|---|---|---|
| Scott Pinholster | 6/4/1984 | 95-06240 GLT | Central | 9/19/1995 | Relief Denied (2011) / Execution Stayed | 30 |
| Jesse Andrews | 6/8/1984 | 02-08969 R | Central | 11/21/2002 | Circuit Appeal Pending | 30 |
| Robert Diaz | 6/15/1984 | 93-06309 TJH | Central | 10/19/1993 | Deceased (2010) | -- |
| Stephan Mitcham | 7/6/1984 | 97-03825 LHK | Northern | 8/10/1994 | ND Cal Petition Pending | 30 |
| Robert Bloom | 7/23/1984 | 90-02581 | Central | 5/22/1990 | Relief Granted (1997) / Resentenced to Death (2001) / State Proceedings Pending | 30 |
| Jay Kaurish | 7/27/1984 | 92-01623 DT | Central | 3/16/1992 | Deceased (1992) | -- |
| William Kirkpatrick | 8/14/1984 | 96-00351 WDK | Central | 1/18/1996 | Circuit Appeal Pending | 30 |
| Thomas Thompson | 8/17/1984 | 89-03630 DT | Central | 6/15/1989 | Executed (1998) | -- |
| Watson Allison | 10/2/1984 | 92-06404 CAS | Central | 10/26/1992 | Relief Granted (2010) | -- |
| Charles McDowell | 10/23/1984 | 90-04009 MRP | Central | 7/30/1990 | Relief Granted (1998) / Resentenced to Death (1999) / State Proceedings Pending | 30 |
| Robert Lewis | 11/1/1984 | | | | State Proceedings Pending | 30 |
| David Carpenter | 11/16/1984 | 98-02444 MMC | Northern | 6/19/1998 | ND Cal Petition Pending | 30 |
| Kenneth Lang | 12/5/1984 | 91-04061 MMM | Central | 7/29/1991 | CD Cal Petition Pending | 30 |
| Richard Boyer | 12/14/1984 | 06-07584 GAF | Central | 11/29/2006 | Circuit Appeal Pending | 30 |
| Thaddaeus Turner | 12/21/1984 | 91-00153 LJO | Eastern | 4/1/1991 | Relief Granted (2009) | -- |
| William Clark | 2/1/1985 | 95-00334 DOC | Central | 1/18/1995 | Relief Granted (2006) | -- |
| Earl Jones | 2/22/1985 | 94-00816 TJH | Central | 2/7/1994 | Deceased (2006) | -- |
| Ward Weaver | 4/4/1985 | 02-05583 AWI | Eastern | 5/17/2002 | ED Cal Petition Pending | 29 |
| Fred Douglas | 4/5/1985 | 91-03055 RSWL | Central | 6/6/1991 | Relief Granted (2003) | -- |
| Patrick Gordon | 5/3/1985 | 91-00882 LKK | Eastern | 7/5/1991 | ED Cal Petition Pending | 29 |
| Kevin Cooper | 5/15/1985 | 92-00427 H | Southern | 3/24/1992 | Relief Denied (2009) / Execution Stayed | 29 |
| Charles Whitt | 5/23/1985 | 94-07960 WJR | Central | 11/23/1994 | Deceased (2004) | -- |
| Andre Burton | 6/4/1985 | 91-01652 AHM | Central | 3/27/1991 | Circuit Appeal Pending | 29 |
| Brian Mincey | 6/14/1985 | 93-02554 PSG | Central | 5/3/1993 | CD Cal Petition Pending | 29 |
| Randy Haskett | 6/28/1985 | 92-06192 GAF | Central | 10/15/1992 | Relief Granted (2009) | -- |
| Duane Holloway | 7/8/1985 | 05-02089 KJM | Eastern | 10/19/2005 | ED Cal Petition Pending | 29 |
| Robert Stansbury | 7/15/1985 | 95-08532 WMB | Central | 12/11/1995 | Deceased (2003) | -- |
| Richard Ramierz | 8/8/1985 | 91-03802 CBM | Central | 7/15/1998 | Relief Granted (2009) | -- |
| Raynard Cummings | 9/20/1985 | 95-07118 CBM | Central | 10/20/1995 | Circuit Appeal Pending | 29 |
| Kenneth Gay | 9/20/1985 | 01-05368 GAF | Central | 6/18/2001 | State Proceedings Pending | 29 |

| Name | Date | Case No. | District | Filed | Status | Years |
|---|---|---|---|---|---|---|
| Michael Cox | 11/26/1985 | 04-00065 MCE | Eastern | 1/5/2004 | ED Cal Petition Pending | 29 |
| Jeffrey Sheldon | 12/19/1985 | 96-05545 TJH | Central | 8/13/1996 | CD Cal Petition Pending | 29 |
| Stephen DeSantis | 2/3/1986 | 93-01083 FCD | Eastern | 7/1/1993 | Deceased (2002) | -- |
| Michael Mattson | 2/7/1986 | 91-05453 FMC | Central | 10/8/1991 | Deceased (2009) | -- |
| Anderson Hawthorne | 2/18/1986 | 95-07709 CBM | Central | 11/13/1995 | State Proceedings Pending | 28 |
| Denny Mickle | 4/17/1986 | 92-02951 THE | Northern | 7/30/1992 | ND Cal Petition Pending | 28 |
| Tiequon Cox | 4/30/1986 | 92-03370 CBM | Central | 6/4/1992 | Relief Denied (2011) / Execution Stayed | 28 |
| Henry Duncan | 5/5/1986 | 92-01403 AHS | Central | 3/4/1992 | Relief Granted (2008) | -- |
| Ronald McPeters | 5/7/1986 | 95-05108 LJO | Eastern | 2/13/1995 | ED Cal Petition Pending | 28 |
| Chay'im Ben-Sholom | 5/9/1986 | 93-05531 AWI | Eastern | 8/10/1993 | Relief Granted (2012) | -- |
| Freddie Taylor | 5/30/1986 | 92-01627 EMC | Northern | 4/30/1992 | ND Cal Petition Pending | 28 |
| Ralph Thomas | 6/4/1986 | 93-00616 MHP | Northern | 2/18/1993 | Relief Granted (2013) | -- |
| Horace Kelly | 6/25/1986 | 93-02951 TJH | Central | 5/21/1993 | CD Cal Petition Pending | 28 |
| Curtis Price | 7/10/1986 | 93-00277 PJH | Northern | 1/25/1993 | ND Cal Petition Pending | 28 |
| Barry Williams | 7/11/1986 | 00-10637 DOC | Central | 10/4/2000 | CD Cal Petition Pending | 28 |
| Anthony Sully | 7/15/1986 | 92-00829 WHA | Northern | 2/21/1992 | Relief Denied (2013) / Execution Stayed | 28 |
| Troy Ashmus | 7/25/1986 | 93-00594 THE | Northern | 2/17/1993 | ND Cal Petition Pending | 28 |
| Royal Hayes | 8/8/1986 | 01-03926 MHP | Northern | 10/18/2001 | Relief Denied (2011) / Execution Stayed | 28 |
| Mauricio Silva | 8/11/1986 | | | | State Proceedings Pending | 28 |
| Rodney Alcala | 8/20/1986 | 94-1424 SVW | Central | 3/4/1994 | Relief Granted (2003) / Resentenced to Death (2010) / State Proceedings Pending | 28 |
| Antonio Espinoza | 9/17/1986 | 94-01665 LKK | Eastern | 10/13/1994 | ED Cal Petition Pending | 28 |
| Wilbur Jennings | 11/12/1986 | 91-00684 AWI | Eastern | 12/16/1991 | Deceased (2014) | -- |
| Robert Danielson | 11/13/1986 | 95-02378 SI | Northern | 7/8/1994 | Deceased (1995) | -- |
| Thomas Edwards | 12/11/1986 | 93-07151 CJC | Central | 11/26/1993 | Relief Denied (2009) / Deceased (2009) | -- |
| Theodore Frank | 2/23/1987 | 91-06287 AHS | Central | 11/18/1991 | Deceased (2001) | -- |
| Teofilio Medina | 2/25/1987 | 94-01892 RSWL | Central | 3/25/1994 | Circuit Appeal Pending | 27 |
| Christopher Day | 3/3/1987 | | | | Deceased (1994) | -- |
| David Breaux | 3/12/1987 | 93-00570 JAM | Eastern | 4/6/1993 | ED Cal Petition Pending | 27 |
| Conrad Zapien | 3/23/1987 | 94-01455 WDK | Central | 3/7/1994 | Circuit Appeal Pending | 27 |
| Richard Benson | 4/30/1987 | 94-05363 AHM | Central | 8/8/1994 | Circuit Appeal Pending | 27 |

6

| Name | Date | Case No. | District | Filed | Status | |
|---|---|---|---|---|---|---|
| Robert Nicolaus | 6/23/1987 | 95-02335 MMC | Northern | 9/17/1992 | Deceased (2003) | -- |
| Alfred Sandoval | 6/30/1987 | 94-08206 R | Central | 12/7/1994 | Relief Granted (2001) | -- |
| Steven Livaditis | 7/8/1987 | 96-02833 SVW | Central | 4/22/1996 | CD Cal Petition Pending | 27 |
| Harold Memro (Reno) | 7/17/1987 | 96-02768 CBM | Central | 4/18/1996 | CD Cal Petition Pending | 27 |
| George Wharton | 7/22/1987 | 92-03469 CJC | Central | 6/9/1992 | Circuit Appeal Pending | 27 |
| Robert Garceau | 7/30/1987 | 95-05363 OWW | Eastern | 5/12/1995 | Deceased (2004) | -- |
| Willie Johnson | 8/5/1987 | 98-04043 SI | Northern | 10/21/1998 | ND Cal Petition Pending | 27 |
| Timothy Pride | 8/6/1987 | 93-00926 GEB | Eastern | 6/9/1993 | Deceased (1994) | -- |
| Bruce Morris | 8/27/1987 | 92-00483 EJH | Eastern | 3/27/1992 | Relief Granted (2007) | -- |
| Jeffrey Wash | 9/1/1987 | 95-01133 CAL | Northern | 4/3/1995 | Deceased (1996) | -- |
| Donrell Thomas | 9/10/1987 | | | | Deceased (1992) | -- |
| Mitchell Sims | 9/11/1987 | 95-05267 GHK | Central | 8/8/1995 | Relief Denied (2006) / Execution Stayed | 27 |
| Martin Kipp | 9/18/1987 | 99-04973 ABC | Central | 5/10/1999 | CD Cal Petition Pending | 27 |
| Paul Tuilaepa | 9/25/1987 | 95-04619 DDP | Central | 7/13/1995 | CD Cal Petition Pending | 27 |
| Fred Freeman | 10/7/1987 | 99-20614 JW | Northern | 9/22/1995 | Deceased (2009) | -- |
| Kenneth Clair | 12/4/1987 | 93-01133 CAS | Central | 2/26/1993 | Circuit Appeal Pending | 27 |
| Keith Fudge | 12/11/1987 | 95-05369 RGK | Central | 8/11/1995 | CD Cal Petition Pending | 27 |
| Richard Clark | 12/18/1987 | 97-20618 WHA | Northern | 8/5/1994 | Circuit Appeal Pending | 27 |
| Michael Wader | 1/5/1988 | 96-05482 HLH | Central | 8/9/1996 | Deceased (1997) | -- |
| Michael Hill | 1/21/1988 | 94-00641 CW | Northern | 2/24/1994 | ND Cal Petition Pending | 26 |
| William Noguera | 1/29/1988 | 94-06417 CAS | Central | 9/23/1994 | CD Cal Petition Pending | 26 |
| Horace Kelly | 3/24/1988 | 98-02722 TJH | Central | 4/6/1998 | CD Cal Petition Pending | 26 |
| Laverne Johnson | 4/1/1988 | 95-00305 THE | Northern | 1/26/1995 | ND Cal Petition Pending | 26 |
| Lance Osband | 4/8/1988 | 97-00152 KJM | Eastern | 1/30/1997 | ED Cal Petition Pending | 26 |
| Marcelino Ramos | 4/27/1988 | 98-02037 AHS | Central | 3/20/1988 | Deceased (2007) | -- |
| David Rogers | 5/2/1988 | | | | State Proceedings Pending | 26 |
| Dennis Brewer (Mayfield) | 5/4/1988 | 97-03742 FMO | Central | 5/19/1997 | CD Cal Petition Pending | 26 |
| Bill Bradford | 5/11/1988 | 98-05799 RSWL | Central | 7/20/1998 | Deceased (2008) | -- |
| Curtis Fauber | 5/16/1988 | 95-06601 GW | Central | 10/3/1995 | CD Cal Petition Pending | 26 |
| David Raley | 5/17/1988 | 93-02071 JW | Northern | 6/1/1993 | Relief Denied (2007) / Execution Stayed | 26 |

| Name | Date | Case No. | District | Filed | Status | Years |
|---|---|---|---|---|---|---|
| Theodore Wrest | 5/18/1988 | 95-00214 DDP | Central | 1/11/1995 | CD Cal Petition Pending | 26 |
| William Hart | 5/27/1988 | 05-03633 MMM | Central | 5/16/2005 | CD Cal Petition Pending | 26 |
| Armenia Cudjo | 5/31/1988 | 99-08089 JFW | Central | 8/9/1999 | Relief Granted (2013) | -- |
| Joselito Cinco | 6/10/1988 | | | | Deceased (1988) | -- |
| David Carpenter | 6/27/1988 | 00-03706 MMC | Northern | 10/6/2000 | ND Cal Petition Pending | 26 |
| Richard Samayoa | 6/28/1988 | 00-02118 W | Southern | 10/16/2000 | Relief Denied (2012) / Execution Stayed | 26 |
| Guy Rowland | 6/29/1988 | 94-03037 WHA | Northern | 8/26/1994 | Circuit Appeal Pending | 26 |
| Gary Hines | 7/8/1988 | 98-00784 TLN | Eastern | 5/1/1998 | ED Cal Petition Pending | 26 |
| Tracy Cain | 7/12/1988 | 96-2584 ABC | Central | 4/11/1996 | Circuit Appeal Pending | 26 |
| Dennis Webb | 8/15/1988 | 97-00956 VAP | Central | 2/13/1997 | CD Cal Petition Pending | 26 |
| William Dennis | 9/6/1988 | 98-021027 | Northern | 10/9/1998 | ND Cal Petition Pending | 26 |
| Jerry Frye | 9/12/1988 | 99-00628 LKK | Eastern | 3/29/1999 | ED Cal Petition Pending | 26 |
| Daniel Jenkins | 10/6/1988 | 07-01918 JGB | Central | 3/22/2007 | State Proceedings Pending | 26 |
| Charles Riel | 10/14/1988 | 01-00507 LKK | Eastern | 3/14/2001 | ED Cal Petition Pending | 26 |
| Richard Turner | 10/19/1988 | 09-07449 BRO | Central | 10/14/2009 | State Proceedings Pending | 26 |
| Jose Rodrigues | 10/21/1988 | 96-01831 CW | Northern | 5/17/1996 | ND Cal Petition Pending | 26 |
| Sammy Marshall | 10/27/1988 | | | | Deceased (1997) | -- |
| Teddy Sanchez | 10/31/1988 | 97-06134 AWI | Eastern | 11/20/1997 | ED Cal Petition Pending | 26 |
| Aurthur Halvorsen | 11/18/1988 | | | | State Proceedings Pending | 26 |
| Rodney Berryman | 11/28/1988 | 95-05309 AWI | Eastern | 4/27/1995 | Circuit Appeal Pending | 26 |
| Max Barnett | 11/30/1988 | 99-02416 JAM | Eastern | 12/8/1999 | State Proceedings Pending | 26 |
| Manuel Mendoza | 1/6/1989 | 03-06194 SJO | Central | 8/29/2003 | CD Cal Petition Pending | 25 |
| Herbert Coddington | 1/20/1989 | 01-01290 KJM | Eastern | 7/3/2001 | ED Cal Petition Pending | 25 |
| Reynaldo Ayala | 2/9/1989 | 01-00741 BTM | Southern | 4/27/2001 | Circuit Appeal Pending | 25 |
| Lester Ochoa | 3/20/1989 | 99-11129 DSF | Central | 10/22/1999 | CD Cal Petition Pending | 25 |
| Drax Quartermain | 4/10/1989 | | | | Deceased (2005) | -- |
| Rodney Beeler | 5/5/1989 | 96-00606 GW | Central | 1/29/1996 | CD Cal Petition Pending | 25 |
| James Scott | 5/18/1989 | 03-00978 ODW | Central | 2/10/2003 | CD Cal Petition Pending | 25 |
| Jeffrey Kolmetz | 5/18/1989 | | | | Deceased (1996) | -- |
| Noel Jackson | 6/2/1989 | 97-03531 MWF | Central | 5/9/1997 | State Proceedings Pending | 25 |
| Steven Crittenden | 6/12/1989 | 95-01957 KJM | Eastern | 10/26/1995 | Circuit Appeal Pending | 25 |

8

| Name | Date | Case No. | District | Filed | Status | Years |
|---|---|---|---|---|---|---|
| Jack Farnam | 6/15/1989 | 06-00917 SJO | Central | 2/15/2006 | State Proceedings Pending | 25 |
| Albert Cunningham | 6/16/1989 | 02-07170 GHK | Central | 9/13/2002 | Relief Denied (2013) / Execution Stayed | 25 |
| Louis Craine | 6/27/1989 | | | | Deceased (1989) | -- |
| George Smithey | 7/18/1989 | | | | Deceased (2010) | -- |
| David Welch | 7/25/1989 | 00-20242 RMW | Northern | 2/28/2000 | State Proceedings Pending | 25 |
| Ronald Seaton | 7/27/1989 | 04-09339 FMO | Central | 11/12/2004 | CD Cal Petition Pending | 25 |
| Clarence Ray | 7/28/1989 | 96-06252 LJO | Eastern | 11/8/1996 | State Proceedings Pending | 25 |
| James Blair | 8/9/1989 | 06-04550 VAP | Central | 7/20/2006 | CD Cal Petition Pending | 25 |
| Cynthia Coffman | 8/31/1989 | 06-07304 ABC | Central | 11/15/2006 | CD Cal Petition Pending | 25 |
| Robert Fairbank | 9/5/1989 | 98-01027 CRB | Northern | 3/16/1998 | Relief Denied (2011) / Execution Stayed | 25 |
| Manuel Alvarez | 9/14/1989 | 97-01895 GEB | Eastern | 10/8/1997 | ED Cal Petition Pending | 25 |
| David Lucas | 9/19/1989 | | | | State Proceedings Pending | 25 |
| David Rundle | 9/21/1989 | 08-01879 TLN | Eastern | 8/13/2008 | ED Cal Petition Pending | 25 |
| Robert Maury | 10/27/1989 | 12-01043 WBS | Eastern | 4/19/2012 | ED Cal Petition Pending | 25 |
| Terry Bemore | 11/2/1989 | 08-00311 LAB | Southern | 2/15/2008 | Circuit Appeal Pending | 25 |
| Richard Ramirez | 11/7/1989 | 07-08310 BRO | Central | 12/26/2007 | Deceased (2013) | -- |
| Stanley Davis | 11/15/1989 | | | | State Proceedings Pending | 25 |
| Randy Kraft | 11/29/1989 | 01-04623 AG | Central | 5/23/2001 | CD Cal Petition Pending | 25 |
| Hector Ayala | 11/30/1989 | 01-01322 IEG | Southern | 7/20/2001 | Circuit Appeal Pending | 25 |
| Jeffrey Hawkins | 1/31/1990 | 96-01155 TLN | Eastern | 6/19/1996 | ED Cal Petition Pending | 24 |
| Dean Carter | 2/6/1990 | 06-04532 RGK | Central | 7/20/2006 | Circuit Appeal Pending | 24 |
| Jon Dunkle | 2/7/1990 | 06-04115 PJH | Northern | 6/30/2006 | ND Cal Petition Pending | 24 |
| Alfredo Padilla | 2/7/1990 | 01-06305 LJO | Eastern | 10/4/2001 | Deceased (2008) | -- |
| Pedro Arias | 2/22/1990 | 99-00627 WBS | Eastern | 3/29/1999 | ED Cal Petition Pending | 24 |
| Dennis Lawley | 2/26/1990 | 08-01425 LJO | Eastern | 9/23/2008 | Deceased (2012) | -- |
| Larry Davis Jr. | 3/8/1990 | 96-002443 DT | Central | 4/5/1996 | Relief Denied (2004) / Deceased (2005) | -- |
| Mario Gray | 3/14/1990 | 07-05935 DSF | Central | 9/12/2007 | Deceased (2013) | -- |
| Mark Schmeck | 4/5/1990 | 13-05415 RS | Northern | 11/21/2013 | ND Cal Petition Pending | 24 |
| Tracey Carter | 4/20/1990 | 04-06524 DDP | Central | 8/6/2004 | State Proceedings Pending | 24 |
| Christopher Tobin | 4/24/1990 | | | | State Proceedings Pending | 24 |
| Richard Letner | 4/24/1990 | | | | State Proceedings Pending | 24 |
| Jerry Bailey | 5/16/1990 | | | | Deceased (1998) | -- |

9

| Name | Date | Case No. | District | Filed | Status | Yrs |
|---|---|---|---|---|---|---|
| John Holt | 5/30/1990 | 97-06210 AWI | Eastern | 12/15/1997 | State Proceedings Pending | 24 |
| Maureen McDermott | 6/8/1990 | 04-00457 DOC | Central | 1/26/2004 | CD Cal Petition Pending | 24 |
| Mark Bradford | 7/3/1990 | 97-06221 TJH | Central | 8/19/1997 | CD Cal Petition Pending | 24 |
| Steven Catlin | 7/6/1990 | 07-01466 LJO | Eastern | 10/5/2007 | ED Cal Petition Pending | 24 |
| Ralph Yeoman | 7/10/1990 | | | | Deceased (2014) | -- |
| Raymond Steele | 7/24/1990 | 03-00143 GEB | Eastern | 1/24/2003 | ED Cal Petition Pending | 24 |
| Jarvis Masters | 7/30/1990 | | | | State Proceedings Pending | 24 |
| Kurt Michaels | 7/31/1990 | 04-00122 JAH | Southern | 1/16/2004 | SD Cal Petition Pending | 24 |
| Roland Comtois | 7/31/1990 | | | | Deceased (1994) | -- |
| Joseph Muselwhite | 9/25/1990 | 01-01443 LKK | Eastern | 7/26/2001 | Deceased (2010) | -- |
| Kristin Hughes | 10/2/1990 | 03-02666 JSW | Northern | 6/6/2003 | ND Cal Petition Pending | 24 |
| Evan Nakahara | 11/6/1990 | 05-04604 DDP | Central | 6/24/2005 | CD Cal Petition Pending | 24 |
| Isaac Gutierrez Jr. | 11/14/1990 | 05-03706 DOC | Central | 5/18/2005 | Deceased (2008) | -- |
| Paul Brown | 11/16/1990 | | | | Deceased (2004) | -- |
| Jackie Ray Hovarter | 11/30/1990 | | | | State Proceedings Pending | 24 |
| Milton Lewis | 12/6/1990 | 02-00013 TLN | Eastern | 1/3/2002 | ED Cal Petition Pending | 24 |
| Ramon Salcido | 12/17/1990 | 09-00586 MMC | Northern | 2/9/2009 | State Proceedings Pending | 24 |
| Raymond Gurule | 12/19/1990 | | | | Deceased (2007) | -- |
| Carmen Ward | 1/28/1991 | 06-02009 PA | Central | | State Proceedings Pending | 23 |
| James Majors | 2/4/1991 | 99-00493 MCE | Eastern | 3/12/1999 | ED Cal Petition Pending | 23 |
| Christopher Box | 2/22/1991 | 04-00619 AJB | Southern | 3/26/2004 | State Proceedings Pending | 23 |
| Paul Bolin | 2/25/1991 | 99-05279 LJO | Eastern | 3/11/1999 | ED Cal Petition Pending | 23 |
| Raymond Lewis | 3/6/1991 | 03-06775 LJO | Eastern | 12/9/2003 | ED Cal Petition Pending | 23 |
| Tauro Waidla | 3/8/1991 | 01-00650 AG | Central | 1/22/2001 | CD Cal Petition Pending | 23 |
| Richard Moon | 5/19/1991 | 08-08327 JAK | Central | 12/17/2008 | State Proceedings Pending | 23 |
| Robert McDonald | 5/31/1991 | | | | Deceased (1993) | -- |
| Ronald Jones | 6/4/1991 | 98-10318 JLS | Central | 12/28/1998 | CD Cal Petition Pending | 23 |
| John Sapp | 6/21/1991 | 04-04163 JSW | Northern | 9/30/2004 | State Proceedings Pending | 23 |
| Paul Watson | 6/27/1991 | | | | State Proceedings Pending | 23 |
| Curtis Ervin | 6/28/1991 | 00-01228 CW | Northern | 4/10/2000 | ND Cal Petition Pending | 23 |
| Clifford Bolden | 7/19/1991 | 09-02365 PJH | Northern | 5/28/2009 | State Proceedings Pending | 23 |

| Name | Date | Case No. | District | Filed | Status | Yrs |
|---|---|---|---|---|---|---|
| Jesse Gonzalez | 7/28/1991 | 95-02345 JVS | Central | 4/12/1995 | State Proceedings Pending | 23 |
| Martin Navarette | 8/14/1991 | 11-07066 VAP | Central | 8/26/2011 | State Proceedings Pending | 23 |
| Anthony Townsel | 9/13/1991 | | | | State Proceedings Pending | 23 |
| Allen Morrison | 10/30/1991 | | | | State Proceedings Pending | 23 |
| James O'Malley | 11/21/1991 | | | | State Proceedings Pending | 23 |
| Michael Slaughter | 11/27/1991 | 05-00922 AWI | Eastern | 7/18/2005 | ED Cal Petition Pending | 23 |
| Michael Jones | 12/13/1991 | 04-02748 ODW | Central | 4/20/2004 | CD Cal Petition Pending | 23 |
| Dellano Cleveland | 12/19/1991 | 05-03822 SVW | Central | 5/24/2005 | CD Cal Petition Pending | 23 |
| Deondre Staten | 1/16/1992 | 01-09178 MWF | Central | 10/24/2001 | CD Cal Petition Pending | 22 |
| Richard Farley | 1/17/1992 | | | | State Proceedings Pending | 22 |
| Chauncey Veasley | 1/21/1992 | 05-03822 SVW | Central | 4/12/2005 | CD Cal Petition Pending | 22 |
| Robert Taylor | 1/30/1992 | 07-06602 FMO | Central | 10/11/2007 | CD Cal Petition Pending | 22 |
| Edward Bridges | 2/20/1992 | | | | Deceased (2008) | -- |
| Ricky Earp | 2/21/1992 | 00-06508 MMM | Central | 6/19/2000 | CD Cal Petition Pending | 22 |
| Colin Dickey | 2/27/1992 | 06-00357 AWI | Eastern | 3/31/2006 | ED Cal Petition Pending | 22 |
| Billy Waldon | 2/28/1992 | | | | State Proceedings Pending | 22 |
| Jose Casares | 3/13/1992 | | | | State Proceedings Pending | 22 |
| Richard Viera | 3/30/1992 | 05-01492 AWI | Eastern | 11/22/2005 | ED Cal Petition Pending | 22 |
| Gregory Smith | 4/3/1992 | 05-08017 DSF | Central | 11/9/2005 | State Proceedings Pending | 22 |
| Franklin Lynch | 4/28/1992 | | | | State Proceedings Pending | 22 |
| James Marlow | 5/8/1992 | 05-06477 ABC | Central | 8/31/2005 | CD Cal Petition Pending | 22 |
| Paul Watkins | 5/11/1992 | | | | State Proceedings Pending | 22 |
| Thomas Walker | 5/12/1992 | | | | Deceased (1997) | -- |
| Andrew Brown | 5/21/1992 | 04-03931 AG | Central | 6/2/2004 | CD Cal Petition Pending | 22 |
| Alfredo Valdez | 5/22/1992 | 10-05252 BRO | Central | 7/16/2010 | State Proceedings Pending | 22 |
| Marchand Elliott | 6/3/1992 | | | | State Proceedings Pending | 22 |
| Morris Solomon | 9/16/1992 | | | | State Proceedings Pending | 22 |
| Alfredo Prieto | 6/18/1992 | 05-07566 AG | Central | 10/20/2005 | CD Cal Petition Pending | 22 |
| Jack Friend | 6/19/1992 | | | | State Proceedings Pending | 22 |
| Maria Alfaro | 7/14/1992 | 07-07072 CJC | Central | 10/30/2007 | CD Cal Petition Pending | 22 |
| Stephen Cole | 7/16/1992 | 05-04971 DMG | Central | 7/7/2005 | CD Cal Petition Pending | 22 |
| Gregory Smith | 8/14/1992 | 04-03436 JSW | Northern | 8/19/2004 | ND Cal Petition Pending | 22 |

| Name | Date | Case No. | District | Filed | Status | Years |
|---|---|---|---|---|---|---|
| Rodney San Nicolas | 8/31/1992 | 06-00942 LJO | Eastern | 7/20/2006 | ED Cal Petition Pending | 22 |
| Jessie Ray Moffett | 9/2/1992 | | | | Deceased (1998) | -- |
| Richard Stitley | 9/14/1992 | | | | State Proceedings Pending | 22 |
| Charles Richardson | 10/7/1992 | | | | State Proceedings Pending | 22 |
| James Tulk | 10/9/1992 | | | | Deceased (2006) | -- |
| Dannie Hillhouse | 10/13/1992 | 03-00142 MCE | Eastern | 1/24/2003 | ED Cal Petition Pending | 22 |
| Alphonso Howard | 10/20/1992 | 08-06851 DDP | Central | 10/17/2008 | CD Cal Petition Pending | 22 |
| Rudolph Roybal | 10/20/1992 | 99-02152 JM | Southern | 10/5/1999 | SD Cal Petition Pending | 22 |
| David Williams | 10/20/1992 | 12-03975 AG | Central | 5/7/2012 | State Proceedings Pending | 22 |
| Gerald Cruz | 10/26/1992 | | | | State Proceedings Pending | 22 |
| James Beck | 10/27/1992 | | | | State Proceedings Pending | 22 |
| Richard Tully | 12/4/1992 | | | | State Proceedings Pending | 22 |
| Sergio Ochoa | 12/10/1992 | 02-07774 RSWL | Central | 10/4/2002 | CD Cal Petition Pending | 22 |
| George Williams | 12/21/1992 | | | | State Proceedings Pending | 22 |
| Ricardo Roldan | 12/29/1992 | 09-06589 DOC | Central | 9/10/2009 | State Proceedings Pending | 22 |
| William Ramos | 1/8/1993 | 05-03752 SI | Northern | 9/16/2005 | ND Cal Petition Pending | 21 |
| John Lewis | 3/3/1993 | 11-06395 JAK | Central | 8/3/2011 | CD Cal Petition Pending | 21 |
| Gregory Tate | 3/5/1993 | | | | State Proceedings Pending | 21 |
| Joseph Danks | 4/2/1993 | 11-00223 LJO | Eastern | 2/9/2011 | State Proceedings Pending | 21 |
| Erik Chatman | 4/9/1993 | 07-00640 WHA | Northern | 1/31/2007 | State Proceedings Pending | 21 |
| Maurice Boyette | 5/7/1993 | 13-04376 WHO | Northern | 9/20/2013 | ND Cal Petition Pending | 21 |
| Omar Martinez | 5/10/1993 | 04-09090 PA | Central | 11/3/2004 | CD Cal Petition Pending | 21 |
| Anthony Oliver | 5/21/1993 | 10-08404 ODW | Central | 11/4/2010 | CD Cal Petition Pending | 21 |
| Albert Lewis | 5/21/1993 | 11-00766 ODW | Central | 1/26/2011 | State Proceedings Pending | 21 |
| Keone Wallace | 5/27/1993 | | | | State Proceedings Pending | 21 |
| Latwon Weaver | 5/28/1993 | | | | State Proceedings Pending | 21 |
| Warren Bland | 5/28/1993 | | | | Deceased (2001) | -- |
| Catherine Thompson | 6/10/1993 | | | | State Proceedings Pending | 21 |
| Vincente Benavides | 6/16/1993 | | | | State Proceedings Pending | 21 |
| Michael Combs | 6/21/1993 | 05-0 4777 ODW | Central | 6/30/2005 | CD Cal Petition Pending | 21 |
| Robert Curl | 7/15/1993 | | | | State Proceedings Pending | 21 |

| Name | Date | Case No. | District | Filed | Status | Years |
|---|---|---|---|---|---|---|
| Mark Crew | 7/22/1993 | 12-04259 YGR | Northern | 8/13/2012 | ND Cal Petition Pending | 21 |
| Charles Stevens | 7/30/1993 | 09-00137 WHA | Northern | 1/12/2009 | ND Cal Petition Pending | 21 |
| Christian Monterroso | 8/12/1993 | 12-07888 DMG | Central | 9/13/2012 | CD Cal Petition Pending | 21 |
| Corvin Emdy | 8/19/1993 | | | | Deceased (1993) | -- |
| Richard Dehoyos | 8/27/1993 | | | | State Proceedings Pending | 21 |
| Cedric Harrison | 8/30/1993 | 09-05045 JW | Northern | 10/22/2009 | Deceased (2009) | -- |
| Enrique Zambrano | 9/8/1993 | 09-04917 LHK | Northern | 10/15/2009 | ND Cal Petition Pending | 21 |
| Eric Houston | 9/20/1993 | 13-05609 WHA | Northern | 12/4/2013 | ND Cal Petition Pending | 21 |
| Robert Smith | 9/24/1993 | 11-03062 EJD | Northern | 6/21/2011 | State Proceedings Pending | 21 |
| James Heard | 9/28/1993 | | | | State Proceedings Pending | 21 |
| Cleophus Prince | 11/5/1993 | | | | State Proceedings Pending | 21 |
| Abelino Manriquez | 11/16/1993 | | | | State Proceedings Pending | 21 |
| Herbert Koontz | 11/19/1993 | 03-01613 FCD | Eastern | 7/31/2003 | Deceased (2007) | -- |
| Jose Guerra | 11/22/1993 | | | | State Proceedings Pending | 21 |
| Eric Hinton | 12/10/1993 | 10-06714 DMG | Central | 9/9/2010 | CD Cal Petition Pending | 21 |
| Michael Huggins | 12/17/1993 | 06-07254 YGR | Northern | 11/22/2006 | State Proceedings Pending | 21 |
| Jerry Kennedy | 12/20/1993 | 13-02041 LKK | Eastern | 10/1/2013 | ED Cal Petition Pending | 21 |
| Lanell Harris | 1/12/1994 | | | | State Proceedings Pending | 20 |
| Steven Bell | 3/7/1994 | | | | State Proceedings Pending | 20 |
| Robert Wilson | 4/8/1994 | 07-00519 MWF | Central | 1/22/2007 | CD Cal Petition Pending | 20 |
| Christopher Sattiewhite | 4/25/1994 | | | | State Proceedings Pending | 20 |
| Tim Depriest | 5/27/1994 | 07-06025 JLS | Central | 9/17/2007 | CD Cal Petition Pending | 20 |
| Delaney Marks | 6/3/1994 | 11-02458 LHK | Northern | 5/19/2011 | ND Cal Petition Pending | 20 |
| Brian Johnsen | 6/9/1994 | | | | State Proceedings Pending | 20 |
| Milton Pollock | 6/10/1994 | 05-01870 SI | Northern | 5/5/2005 | State Proceedings Pending | 20 |
| James Robinson | 6/17/1994 | | | | State Proceedings Pending | 20 |
| Jaime Hoyos | 7/11/1994 | 09-00388 L | Southern | 2/26/2009 | SD Cal Petition Pending | 20 |
| Phillip Jablonski | 8/12/1994 | 07-03302 SI | Northern | 6/22/2007 | State Proceedings Pending | 20 |
| Walter Cook | 9/2/1994 | | | | State Proceedings Pending | 20 |
| Tomas Cruz | 9/9/1994 | 13-02792 JST | Northern | 6/18/2013 | ND Cal Petition Pending | 20 |

| Name | Date | Case No. | District | Filed | Status | Yrs |
|---|---|---|---|---|---|---|
| Joseph Cook | 9/16/1994 | 12-08142 CJC | Central | 9/20/2012 | State Proceedings Pending | 20 |
| Mary Samuels | 9/16/1994 | 10-03225 SJO | Central | 4/29/2010 | CD Cal Petition Pending | 20 |
| Shaun Burney | 9/16/1994 | 10-00546 RGK | Central | 1/26/2010 | State Proceedings Pending | 20 |
| Bryan Jones | 9/19/1994 | | | | State Proceedings Pending | 20 |
| Ronnie Dement | 9/26/1994 | | | | State Proceedings Pending | 20 |
| Robert Jurado | 10/1/1994 | 08-01400 JLS | Southern | 7/31/2008 | SD Cal Petition Pending | 20 |
| Billy Riggs | 10/28/1994 | 09-04624 JAK | Central | 6/26/2009 | State Proceedings Pending | 20 |
| Carl Powell | 11/10/1994 | | | | State Proceedings Pending | 20 |
| Celeste Carrington | 11/23/1994 | 10-04179 RS | Northern | 9/16/2010 | ND Cal Petition Pending | 20 |
| Steven Bonilla | 1/20/1995 | 08-00471 CW | Northern | 1/22/2008 | ND Cal Petition Pending | 19 |
| Anthony Bankston | 1/20/1995 | | | | State Proceedings Pending | 19 |
| Edgardo Sanchez-Fuentes | 1/20/1995 | | | | State Proceedings Pending | 19 |
| Danny Horning | 1/26/1995 | 10-01932 JAM | Eastern | 7/21/2010 | State Proceedings Pending | 19 |
| Randall Wall | 1/30/1995 | | | | State Proceedings Pending | 19 |
| Steven Homick | 1/31/1995 | | | | State Proceedings Pending | 19 |
| Royal Clark | 2/3/1995 | 12-00803 LJO | Eastern | 5/16/2012 | State Proceedings Pending | 19 |
| Raymond Johns | 2/8/1995 | | | | Deceased (2004) | -- |
| Keith Loker | 2/10/1995 | | | | State Proceedings Pending | 19 |
| Johnny Avila | 3/21/1995 | 11-01196 AWI | Eastern | 7/19/2011 | State Proceedings Pending | 19 |
| Randy Garcia | 3/23/1995 | | | | State Proceedings Pending | 19 |
| Hooman Panah | 3/26/1995 | 05-07606 RGK | Central | 10/21/2005 | Circuit Appeal Pending | 19 |
| Ernest Jones | 4/7/1995 | 09-002158 CJC | Central | 3/27/2009 | CD Cal Petition Pending | 19 |
| Glen Cornwell | 4/21/1995 | 06-00705 TLN | Eastern | 3/31/2006 | ED Cal Petition Pending | 19 |
| Mark Thornton | 5/15/1995 | | | | State Proceedings Pending | 19 |
| Greg Demetrulias | 5/22/1995 | 07-01335 DOC | Central | 2/28/2007 | Circuit Appeal Pending | 19 |
| Kerry Dalton | 5/23/1995 | | | | State Proceedings Pending | 19 |
| Ignacio Tafoya | 6/6/1995 | | | | State Proceedings Pending | 19 |
| Regis Thomas | 6/15/1995 | | | | State Proceedings Pending | 19 |
| Lester Virgil | 6/29/1995 | | | | State Proceedings Pending | 19 |
| Johnaton George | 7/17/1995 | | | | State Proceedings Pending | 19 |
| Christopher Geier | 7/21/1995 | 10-04676 R | Central | 6/24/2010 | State Proceedings Pending | 19 |

| Name | Date | Case No. | District | Filed | Status | Age |
|---|---|---|---|---|---|---|
| Charles Rountree | 8/11/1995 | | | | State Proceedings Pending | 19 |
| Christopher Lightsey | 8/15/1995 | | | | State Proceedings Pending | 19 |
| Sergio Nelson | 9/9/1995 | | | | State Proceedings Pending | 19 |
| Thomas Lenart | 10/6/1995 | 05-01912 MCE | Eastern | 9/21/2005 | State Proceedings Pending | 19 |
| John Beames | 10/11/1995 | 10-01429 AWI | Eastern | 8/9/2010 | ED Cal Petition Pending | 19 |
| Paul Hensley | 10/13/1995 | | | | State Proceedings Pending | 19 |
| Loi Vo | 10/18/1995 | | | | State Proceedings Pending | 19 |
| Stephen Hajek | 10/18/1995 | | | | State Proceedings Pending | 19 |
| Donald Smith | 10/19/1995 | | | | State Proceedings Pending | 19 |
| Leroy Wheeler | 10/19/1995 | | | | State Proceedings Pending | 19 |
| Stanley Bryant | 10/19/1995 | | | | State Proceedings Pending | 19 |
| William Suff | 10/26/1995 | | | | State Proceedings Pending | 19 |
| Caroline Young | 10/27/1995 | | | | Deceased (2005) | -- |
| Douglas Kelly | 11/8/1995 | | | | State Proceedings Pending | 19 |
| Ernest Dykes | 11/30/1995 | 11-04454 SI | Northern | 9/7/2011 | ND Cal Petition Pending | 19 |
| Demetrius Howard | 12/7/1995 | | | | State Proceedings Pending | 19 |
| John Cunningham | 1/12/1996 | | | | State Proceedings Pending | 18 |
| Alfredo Valencia | 1/23/1996 | | | | State Proceedings Pending | 18 |
| Valamir Morelos | 2/21/1996 | | | | State Proceedings Pending | 18 |
| Jerry Rodriguez | 2/21/1996 | | | | State Proceedings Pending | 18 |
| Steven Brown | 2/23/1996 | | | | State Proceedings Pending | 18 |
| Dexter Williams | 2/28/1996 | 12-01344 LJO | Eastern | 8/17/2012 | ED Cal Petition Pending | 18 |
| Richard Gamache | 4/2/1996 | | | | State Proceedings Pending | 18 |
| Andre Alexander | 4/23/1996 | 11-07404 JAK | Central | 9/8/2011 | State Proceedings Pending | 18 |
| Frank Carter | 4/25/1996 | | | | Deceased (2001) | -- |
| Robert Cowan | 5/8/1996 | | | | State Proceedings Pending | 18 |
| Dennis Ervine | 5/31/1996 | | | | State Proceedings Pending | 18 |
| Keith Taylor | 6/5/1996 | | | | State Proceedings Pending | 18 |
| Eric Leonard | 6/13/1996 | | | | State Proceedings Pending | 18 |
| Keith Doolin | 6/18/1996 | 09-01453 AWI | Eastern | 8/17/2009 | State Proceedings Pending | 18 |
| Daniel Whalen | 6/24/1996 | | | | State Proceedings Pending | 18 |

15

| Name | Date | Case No. | District | Filed | Status | Age |
|---|---|---|---|---|---|---|
| Edward Morgan | 7/19/1996 | | | | State Proceedings Pending | 18 |
| Clifton Perry | 7/26/1996 | 11-01367 AWI | Eastern | 8/16/2011 | State Proceedings Pending | 18 |
| Raymond Butler | 7/29/1996 | | | | State Proceedings Pending | 18 |
| Lamar Barnwell | 8/9/1996 | | | | State Proceedings Pending | 18 |
| Freddie Fuiava | 8/19/1996 | 12-10646 VAP | Central | 12/12/2013 | CD Cal Petition Pending | 18 |
| Orlando Romero | 8/28/1996 | | | | State Proceedings Pending | 18 |
| Christopher Self | 8/28/1996 | | | | State Proceedings Pending | 18 |
| Albert Jones | 9/20/1996 | | | | State Proceedings Pending | 18 |
| John Riccardi | 9/20/1996 | | | | State Proceedings Pending | 18 |
| Bob Williams | 9/20/1996 | 09-01068 AWI | Eastern | 6/17/2009 | State Proceedings Pending | 18 |
| Richard Davis | 9/26/1996 | 13-00408 EMC | Northern | 1/29/2013 | ND Cal Petition Pending | 18 |
| Richard Leon | 10/1/1996 | | | | State Proceedings Pending | 18 |
| Richard Parson | 10/11/1996 | | | | Deceased (2011) | -- |
| Darrel Lomax | 10/16/1996 | 11-01746 JLS | Central | 2/28/2011 | State Proceedings Pending | 18 |
| Michael Whisenhut | 10/21/1996 | | | | State Proceedings Pending | 18 |
| Charles Case | 10/25/1996 | | | | State Proceedings Pending | 18 |
| James Thompson | 10/26/1996 | | | | State Proceedings Pending | 18 |
| Michael Elliot | 10/31/1996 | | | | State Proceedings Pending | 18 |
| Christopher Spencer | 11/7/1996 | | | | State Proceedings Pending | 18 |
| Brandon Taylor | 11/13/1996 | | | | State Proceedings Pending | 18 |
| George Contreras | 12/11/1996 | | | | State Proceedings Pending | 18 |
| Dewayne Carey | 12/16/1996 | | | | State Proceedings Pending | 18 |
| Michael Pearson | 12/18/1996 | | | | State Proceedings Pending | 18 |
| Scott Collins | 12/19/1996 | 13-07334 JFW | Central | 10/3/2013 | CD Cal Petition Pending | 18 |
| Maurice Harris | 12/20/1996 | 13-04026 PA | Central | 6/5/2013 | CD Cal Petition Pending | 18 |
| Richard Foster | 12/31/1996 | | | | State Proceedings Pending | 18 |
| Michael Ihde | 1/3/1997 | | | | Deceased (2005) | -- |
| Eric Bennet | 1/9/1997 | | | | State Proceedings Pending | 17 |
| Herbert McClain | 1/21/1997 | | | | State Proceedings Pending | 17 |
| Karl Holmes | 1/21/1997 | | | | State Proceedings Pending | 17 |
| Lorenzo Newborn | 1/21/1997 | | | | State Proceedings Pending | 17 |

| Name | Date | Case # | District | Filed | Status | Page |
|---|---|---|---|---|---|---|
| Stephen Redd | 2/28/1997 | | | | State Proceedings Pending | 17 |
| Jeffery Mills | 3/10/1997 | | | | State Proceedings Pending | 17 |
| Joseph Montes | 3/18/1997 | | | | State Proceedings Pending | 17 |
| Johnny Mungia | 4/7/1997 | | | | State Proceedings Pending | 17 |
| Johnathan D'Arcy | 4/11/1997 | | | | State Proceedings Pending | 17 |
| Gene McCurdy | 4/22/1997 | | | | State Proceedings Pending | 17 |
| Jimmy Palma | 6/11/1997 | | | | Deceased (1997) | -- |
| Richard Valdez | 6/11/1997 | | | | State Proceedings Pending | 17 |
| Daniel Silveria | 6/13/1997 | | | | State Proceedings Pending | 17 |
| John Travis | 6/13/1997 | | | | State Proceedings Pending | 17 |
| Robert Scully | 6/13/1997 | | | | State Proceedings Pending | 17 |
| Ramon Rogers | 6/30/1997 | | | | State Proceedings Pending | 17 |
| Lawrence Bergman | 7/8/1997 | | | | Deceased (2009) | -- |
| Bobby Lopez | 7/11/1997 | | | | State Proceedings Pending | 17 |
| Michael Martinez | 8/29/1997 | | | | State Proceedings Pending | 17 |
| Carlos Hawthorne | 9/5/1997 | | | | State Proceedings Pending | 17 |
| John Famalaro | 9/5/1997 | | | | State Proceedings Pending | 17 |
| Michael Bramit | 9/15/1997 | | | | State Proceedings Pending | 17 |
| Royce Scott | 9/17/1997 | | | | State Proceedings Pending | 17 |
| John Abel | 9/26/1997 | | | | State Proceedings Pending | 17 |
| Ronald Mendoza | 10/27/1997 | | | | State Proceedings Pending | 17 |
| Terrance Page | 10/31/1997 | | | | Deceased (2008) | -- |
| Frank Becerra | 10/31/1997 | | | | State Proceedings Pending | 17 |
| Sean Vines | 11/7/1997 | | | | State Proceedings Pending | 17 |
| Herminio Serna | 11/21/1997 | | | | State Proceedings Pending | 17 |
| James Trujeque | 11/21/1997 | | | | State Proceedings Pending | 17 |
| Frank Abilez | 12/4/1997 | | | | Deceased (2012) | -- |
| Gunner Lindberg | 12/12/1997 | 09-05509 MWF | Central | 7/28/2009 | State Proceedings Pending | 17 |
| Floyd Smith | 12/14/1997 | | | | State Proceedings Pending | 17 |
| Bill Poyner | 12/16/1997 | | | | Deceased (1998) | -- |
| Martin Mendoza | 12/23/1997 | | | | State Proceedings Pending | 17 |
| William Clark | 12/29/1997 | | | | State Proceedings Pending | 17 |

[1]  The chart does not describe the case status of any individual sentenced after 1997 because for all but a small handful of those individuals, state proceedings are still ongoing, and none have completed the federal habeas process.  In total, 397 of the 748 inmates currently on California's Death Row were sentenced to death between 1978 and 1997.  See CDCR Condemned Inmate List; CDCR Summary at 2.

[2]  Because most of the death sentences overturned by the California Supreme Court were overturned in the period between 1979 and 1986, inclusion of these sentences in Appendix A would not accurately reflect the current state of affairs in California's death penalty system.  See Commission Report at 120 n.21 (noting that between 1979 and 1986, the California Supreme Court reversed 59 of 64 death judgments it reviewed, but that since that time, it has reversed death judgments less than 10 percent of the time).

[3]  Despite having been granted relief by the federal courts, 10 of these 39 individuals are listed by the CDCR as being among the 748 inmates currently on Death Row.  See CDCR Condemned Inmate List.  In at least some of these cases, this fact may be explained by the State's intention to again seek the death penalty against these inmates in a new trial.

[4]  The chart was compiled using publicly available information from the court dockets of the four federal judicial districts in California, the public docket of the California Supreme Court, and the CDCR's Condemned Inmate List (July 2014) and List of Inmates Who Have Died Since 1978 (2014).

[5]  For inmates still on Death Row, the sentencing date listed on the chart is the sentencing date provided in CDCR's Condemned Inmate List.

[6]  Federal habeas proceedings are initiated when the petitioner seeks appointment of federal habeas counsel, not when the petitioner's federal writ of habeas corpus is filed.  Some individuals that have initiated federal habeas proceedings may still have state proceedings pending for exhaustion purposes.  In such cases, the federal petition is effectively stayed while the state proceedings are completed.