MICHAEL LAURENCE (Bar No. 121854)
CLIONA PLUNKETT (Bar No. 256648)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone:   (415) 348-3800
Facsimile:    (415) 348-3873
E-mail:       docketing@hcrc.ca.gov
Attorneys for Petitioner Ernest Dewayne Jones

KAMALA D. HARRIS
Attorney General of the State of California
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
A. SCOTT HAYWARD
Deputy Attorney General
HERBERT S. TETEF (State Bar No. 185303)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90012
Telephone:   (213) 897-0201
Facsimile:    (213) 897-6496
Email:        DocketingLAAWT@doj.ca.gov
Attorneys for Respondent KEVIN CHAPPELL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEWAYNE JONES, | Case No. CV-09-2158-CJC |
| Petitioner, | DEATH PENALTY CASE |
| v. | [PROPOSED] FINAL JUDGMENT ON CLAIM 27 (FRCP 54(b)) |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEWAYNE JONES, | Case No. CV-09-2158-CJC |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **FINAL JUDGMENT ON CLAIM 27 (FRCP 54(b))** |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

Pursuant to the Court's Order Declaring California's Death Penalty System Unconstitutional and Vacating Petitioner's Death Sentence, July 16, 2014, ECF No. 117, Petitioner's Claim 27 is GRANTED and his death sentence is VACATED. The clerk is directed to enter final judgment on Claim 27 immediately. Pursuant to Federal Rule of Civil Procedure 54(b), the Court determines that there is no just reason for delay in the entry of this judgment until final determination on the remaining claims in this matter.

Dated: _____    _____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: July 25, 2014 | Respectfully submitted, |

HABEAS CORPUS RESOURCE CENTER

By: /s/ Michael Laurence
Michael Laurence
Cliona Plunkett

Attorneys for Petitioner
Ernest Dewayne Jones

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA

By: /s/ James William Bilderback II
Supervising Deputy Attorney General

Attorneys for Respondent
Kevin Chappell

[PROPOSED] FINAL JUDGMENT ON CLAIM 27 (FRCP 54(B))          Case No. CV-09-2158-CJC