# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEWAYNE JONES, | Case No. CV-09-2158-CJC |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **FINAL JUDGMENT ON CLAIM 27 (FRCP 54(b))** |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

    Pursuant to the Court's Order Declaring California's Death Penalty System Unconstitutional and Vacating Petitioner's Death Sentence, July 16, 2014, ECF No. 117, Petitioner's Claim 27 is GRANTED and his death sentence is VACATED. The clerk is directed to enter final judgment on Claim 27 immediately. Pursuant to Federal Rule of Civil Procedure 54(b), the Court determines that there is no just reason for delay in the entry of this judgment until final determination on the remaining claims in this matter.

Dated: July 25, 2014

                                                CORMAC J. CARNEY
                                                UNITED STATES DISTRICT JUDGE