FILED

2014 AUG 11  PM 2:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___

Mr. Emery D. Soos, Jr.
Dr. Robert V. Justice
9461 Charleville Blvd.
Beverly Hills, CA 90212-3017
Fax: 1-310-881-6987
Email: gwashington1812@yahoo.com

Appellants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEWAYNE JONES, | Case No. CV09-02158-CJC |
| Petitioner, | NOTICE OF APPEAL FROM ORDER DECLARING CALIFORNIA'S DEATH PENALTY SYSTEM UNCONSTITUTIONAL |
| vs. | |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

Notice is hereby given that Mr. Emery D. Soos, Jr. and Dr. Robert V. Justice, Citizens of the State of California, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Declaring California's Death Penalty System Unconstitutional and Vacating Petitioner's Death Sentence as Document No. 117 filed on July 16, 2014 in this action.

PAID
AUG 11 2014
Clerk, US District Court
COURT 4612

**NOTICE OF APPEAL FROM ORDER DECLARING CALIFORNIA'S DEATH PENALTY SYSTEM UNCONSTITUTIONAL**

1

1  Dated: August 10, 2014

3              By: *[signature]*
                   Mr. Emery D. Soos, Jr.
                   Citizen of the State of California

6  Dated: August 10, 2014

8              By: *[signature]*
                   Dr. Robert V. Justice
                   Citizen of the State of California

---

**NOTICE OF APPEAL FROM ORDER DECLARING CALIFORNIA'S DEATH PENALTY SYSTEM UNCONSTITUTIONAL**