# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DEWAYNE JONES,<br><br>       Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of<br>California State Prison at San Quentin,<br><br>      Respondent. | CASE NO. CV 09-2158 CJC<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that petitioner Ernest Dewayne Jones's First Amended Petition for Writ of Habeas Corpus by a Prisoner in State Custody be **CONDITIONALLY GRANTED** and that the judgment of conviction in the matter of *People v. Ernest D. Jones*, Case No. BA063825 of the California Superior Court of Los Angeles County, shall be **VACATED**. Because there is no just reason for delay, the Court directs entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either release petitioner or grant petitioner a new trial.

1      **IT IS FURTHER ORDERED** that the Clerk of this Court shall

2 immediately notify the Warden of San Quentin Prison of this Court's judgment.

3 Dated: February 2, 2018.

4                                                                         _____

5                                                           CORMAC J. CARNEY

6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28